**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Wren US Holdings, Inc., *et al.*, | Case No. 26-10581 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re Docket No. 28** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER PURSUANT TO
SECTIONS 105, 365, AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 6006 AND 6007 AUTHORIZING (I) REJECTION OF CERTAIN NON-
RESIDENTIAL REAL PROPERTY LEASES, EFFECTIVE AS OF PETITION DATE
AND (II) ABANDONMENT OF PERSONAL PROPERTY**

The undersigned hereby certifies as follows:

1. On May 7, 2026, David W. Carickhoff, solely in his capacity as chapter 7 trustee for the estates of the above-captioned debtors (the "Trustee") filed the *Amended Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (I) Rejection of Certain Non-Residential Real Property Leases, Effective as of Petition Date and (II) Abandonment of Personal Property* [Dkt. No. 28] (the "Motion"). Pursuant to the Notice of Motion, the deadline to object or otherwise respond to the Motion was May 21, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

2. Prior to the Objection Deadline, the undersigned proposed counsel for the Trustee received informal responses (the "Informal Responses") to the Motion from the following

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Wren US Holdings, Inc. (2676); Wren Manufacturing, Inc. (0021); Wren Retail, Inc. (1884); Wren Logistics, Inc. (2433); Wren Kitchens New York, Inc. (0884); Wren New Jersey, Inc. (5706); Wren Connecticut, Inc. (7694); Wren Pennsylvania, Inc. (9696); Wren Kitchen Studios, Inc. (7230)

landlords (collectively, the "Landlords"): (i) 8 Sound Shore Associates LLC, (ii) Triangle Plaza I LLC, (iii) Urban Edge Properties; (iv) Baltimore Pike Land LLC; (v) Brixmor Property Group Inc.; and (vii) Philips International Holding Corp.   The Trustee has resolved the Informal Responses from the Landlords by making certain revisions to the proposed form of Order originally attached to the Motion ("Revised Proposed Order").[2]

3.        A copy of the Revised Proposed Order is attached hereto as Exhibit A.  A redline showing the changes made to the proposed form of Order originally attached to the Motion is attached hereto as Exhibit B.     The undersigned has circulated a copy of the Revised Proposed Order to counsel for Landlords and counsel for the Debtors' prepetition secured lender, Wren US Holdings, Ltd. and counsel for all such parties have indicated that their respective clients do not object to entry of the Revised Proposed Order.

[*Remainder of Page Intentionally Left Blank*

---

[2] In addition to the Informal Responses from the Landlords: (i) the Trustee received an informal response from Federal Realty OP LP ("Federal Realty"), landlord for the Debtors' Cherry Hill and Lawrenceville retail locations and (ii) 10 DRD, LLC ("10 DRD"), landlord for the Debtors' Watertown, CT logistics facility, filed a limited objection to the Motion [Dkt. No. 62].  Federal Realty and 10 DRD have been removed from the Exhibit to the Revised Proposed Order.  The Trustee has resolved the Federal Realty informal response and is submitting an Agreed Order with Federal Realty under a separate certification of counsel.  The Trustee and 10 DRD are engaged in ongoing discussions.  To the extent a resolution is reached, the Trustee will submit a separate agreed order under certification of counsel.  To the extent a resolution is not reached, the parties will address any remaining open issues at the hearing on the Motion.

**WHEREFORE**, the undersigned, on behalf of the Trustee, respectfully requests that the Court enter the Revised Proposed Order attached hereto as Exhibit A, at the Court's earliest convenience.

Dated: May 22, 2026                                    **CHIPMAN BROWN CICERO & COLE, LLP**

/s/   Alan M. Root
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:   root@chipmanbrown.com

*Proposed Counsel for the Chapter 7 Trustee*