# EXHIBIT 1

| Debtor Lessee | Lease Description/Address | Landlord | Counsel Contact (If Known) |
|---|---|---|---|
| Wren US Holdings, Inc. | 8 Sound Shore Drive Greenwich, CT 06830 | 8 Sound Shore Associates LLC c/o Albert B. Ashforth, Inc. 707 Summer Street, 4th Floor Stamford, CT 06901 | Kelley Drye Counsel for8 Sound Shore Associates, LLC 3 World Trade Center 175 Greenwich Street New York, NY 10007 Attn: Robert Lehane RLeHane@KelleyDrye.com |
| Wren Manufacturing, Inc. | 1122 Hanover Street Hanover Industrial Estates Sugar Notch, PA 18706 | 1110 Hanover, LLC c/o Mericle Commercial Real Estate Services 100 Baltimore Drive East Mountain Corporate Center Wilkes-Barre, PA 18702 Attn: Robert K. Mericle, President Attn: Lewis A. Sebia, Chief Operating Officer | |
| Wren New Jersey, Inc. | Hamilton Marketplace 130 Marketplace Blvd. Hamilton, NJ 08691 | JDN REAL ESTATE-HAMILTON, L.P. 3300 Enterprise Parkway Beachwood, OH 44122 Attn: Executive Vice President - Leasing | |
| Wren New Jersey, Inc. | 2725 Center Island RT 22 Union, NJ | 2725 RT 22 UNION, LLC c/o Kloss Organization, LLC P.O. Box 197 Pine Brook, NJ 07058 | |
| Wren New Jersey, Inc. | 98 Route 10 East Hanover, NJ 07936 | Williams Parkway LLC P.O. Box 491 East Hanover, NJ 07936 | |
| Wren New York, Inc. | 138-17 20th Avenue College Point Queens, NY | Triangle Plaza I LLC 30-56 Whitestone Expressway Whitestone, NY 11354 Attn: General Counsel | Foley Hoag Counsel for Triangle Plaza I LLC 1301 Avenue of the Americas New York, NY 10019 Attn: Alison Bauer Abauer@foleyhoag.com |

| Wren New York, Inc. | 2965 Hempstead Turnpike Levittown, NY | HEMPSTEAD LEVITTOWN ASSOCIATES, LLC c/o PRD Realty Corp. 19 West 34th Street, Suite 918 New York, NY 10001 Attn: Scott Domansky | MarkmanLaw, PC Counsel to Hempstead Levittown Associates, LLC 315 Madison Avenue, 3rd Floor New York, NY 10017 Attn: Jody E. Markman, Esq. |
|---|---|---|---|
| Wren New York, Inc. | 5500 Sunrise Highway Massapequa, NY 11758 | SUNRISE MASS ANNEX LLC c/o Philips International Holding Corp. 40 Cutter Mill Road, Suite 206 Great Neck, NY 11021 Attn: Executive Vice President Attn: General Counsel | Kelley Drye Counsel for Brixmor Plymouth Square LLC 3 World Trade Center 175 Greenwich Street New York, NY 10007 Attn: Robert Lehane RLeHane@KelleyDrye.com |
| Wren New York, Inc. | 999 Middle Country Road Selden, NY 11784 | BRIXMOR SPE 6 LLC c/o Brixmor Property Group 450 Lexington Avenue, Floor 13 New York, NY 10017 Attn: General Counsel; BRIXMOR SPE 6 LLC c/o Brixmor Property Group One Fayette Street, Suite 150 Conshohocken, PA 19428 Attn: VP, Legal Department | Kelley Drye Counsel for Brixmor Plymouth Square LLC 3 World Trade Center 175 Greenwich Street New York, NY 10007 Attn: Rob Lehane RLeHane@KelleyDrye.com |
| Wren New York, Inc. | Yonkers Gateway Center 2500 Central Park Avenue Yonkers, NY 10710 | UE Yonkers II LLC c/o Urban Edge Properties 210 Route 4 East Paramus, NJ 07652 Attn: Legal Department; UE Yonkers II LLC Urban Edge Properties 210 Route 4 East Paramus, NJ 07652 Attn: Chief Operating Officer | Barclay Damon Counsel to Urban Edge Properties 1270 Avenue of the Americas, Suite 2310 New York, NY 10020 Attn: Scott Fleischer Sfleischer@barclaydamon.com |

| Debtor | Property | Counterparty | Counsel / Notice Party |
| --- | --- | --- | --- |
| Wren New York, Inc. | 6090 Jericho Turnpike, Commack, NY | HEATHERWOOD TOWERS REALTY LP, c/o Breslin Realty Development Corp, 500 Old Country Road, Suite 200, Garden City, NY, Attn: Bob Rosenberg; Jeffrey Fabricant, Carderock, jeff@carderockinv.com | |
| Wren Connecticut, Inc. | 2631 Berlin Turnpike, Newington, CT 06111 | 2631 Berlin Turnpike Associates, LLC, 122 Isle Drive, Palm Beach Gardens, FL 33418, Attn: Mr. Alan Silkoff | Sabia Taiman, Counsel for 2631 Berlin Turnpike Associates, LLC, 999 Asylum Avenue, Suite 114, Hartford, CT 06105, Attn: Edward C. Taiman, Jr., etaiman@sabialaw.com |
| Wren Connecticut, Inc. | 1522 Boston Post Road, Milford, New Haven County, CT | Boston Post Commercial Group LLC, 650 NE 32nd Street, Suite 5304, Miami, FL 33137 | Honigman, Counsel for Boston Post Commercial Group LLC, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226, Attn: Scott Kitei, skitei@honigman.com |
| Wren Pennsylvania, Inc. | 149 Baltimore Pike, Springfield, PA 19064 | Baltimore Pike Land LLC | Stevens & Lee, Counsel to Baltimore Pike Land LLC, 919 North Market Street, Suite 1300, Wilmington, DE 19801, Attn: Gregory T. Donilon, gregory.donilon@stevenslee.com |
| Wren Pennsylvania, Inc. | 3300 Wilkes Barre Boulevard, Wilkes-Barre, PA 18702 | Urban Edge Properties, 210 Route 4 East, Paramus, NJ 07652, Attn: Legal Department; Urban Edge Properties, 210 Route 4 East, Paramus, NJ 07652, Attn: Chief Operating Officer | Barclay Damon, Counsel to Urban Edge Properties, 1270 Avenue of the Americas, Suite 2310, New York, NY 10020, Attn: Scott Fleischer, Sfleischer@barclaydamon.com |

| Wren Pennsylvania, Inc. | 200 Ridge Pike Conshohocken, PA 19428 | BRIXMOR PLYMOUTH SQUARE LLC<br>c/o Brixmor Property Group<br>450 Lexington Avenue, Floor 13<br>New York, NY 10017<br>Attn: General Counsel<br><br>BRIXMOR PLYMOUTH SQUARE LLC<br>c/o Brixmor Property Group<br>200 Ridge Pike, Sute 100<br>Conshohocken PA, 19428<br>Attn: VP, Legal Department | Kelley Drye<br>Counsel for Brixmor Plymouth Square LLC<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Attn: Rob Lehane<br>RLeHane@KelleyDrye.com |
| --- | --- | --- | --- |
| Wren Pennsylvania, Inc. | Allentown, PA/Airport Road | Airport Associates, L.P.<br>c/o Goodman Management, LLC<br>Attn: Bruce A. Goodman<br>636 Old York Road, Second Floor<br>Jenkintown, PA 19046 | Law Offices of Jeffery R. Hoffmann, LLC<br>Counsel for Airport Associates, L.P.<br>636 Old York Road, Second Floor<br>Jenkintown, PA 19046<br>Attn: Jeffrey R. Hoffmann, Esquire |