## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| Wren US Holdings, Inc., | Case No. 26-10581 (KBO) |
| Debtor. |  |

### NOTICE OF CHANGE FROM NO ASSET TO ASSET CASE AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

David W. Carickhoff, the Chapter 7 Trustee in the above-captioned matter, after due inquiry, having discovered assets, hereby gives notice that this is an asset case. The Trustee also requests the clerk to fix a bar date to file claims against the estate.

Dated:  June 24, 2026
        Wilmington, Delaware

/s/  David W. Carickhoff
David W. Carickhoff
Chapter 7 Trustee
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  carickhoff@chipmanbrown.com